UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHAN HOANG LE, | 1:09-cv-01737 MJS HC |
| Petitioner, | |
| v. | ORDER DENYING, WITHOUT PREJUDICE, PETITIONER'S MOTION REQUESTING DISCOVERY |
| KELLY HARRINGTON, Warden, | [Doc. 17] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 305(b).

On August 18, 2010 this Court ordered Respondent to file a response to the petition on or before October 21, 2010. On September 10, 2010, Petitioner filed a motion requesting all available discovery, including, but not limited to, depositions, production of documents, interrogatories, admissions, police reports, reporter's transcripts, and clerk's transcripts. (Mot. Requesting Discovery, ECF No. 17.)

Petitioner's motion requesting discovery is denied without prejudice. Respondent has yet to file a response.  Under Rule 5 of the Rules Governing Section 2254 Cases, Respondent is required to indicate what transcripts are available, and attach to the response all relevant

1  transcripts and copies of briefs and opinions of any post-conviction proceedings initiated by
2  Petitioner. <u>See</u> Rule 5(c)-(d). Petitioner shall be served with copies of the records that are filed
3  with the response, and he will be provided time to review relevant documents.  Should the
4  records provided by Respondent prove incomplete or inadequate to address the issues
5  presented, Petitioner may file a renewed motion for discovery.
6      Therefore, Petitioner's motion requesting discovery is DENIED without prejudice.

8  IT IS SO ORDERED.
9  Dated:     September 14, 2010          /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE