1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   NHAN HOANG LE,                        1:09-cv-01737-MJS (HC)

12          Petitioner,
                                           ORDER DENYING MOTION FOR
13      vs.                                APPOINTMENT OF COUNSEL

14   KELLY HARRINGTON,
                                           [Doc. 19]
15          Respondent.

16   _____/

17          Petitioner has requested the appointment of counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.

19   Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

20   1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at

21   any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing

22   Section 2254 Cases.  In the present case, the Court does not find that the interests of justice

23   require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY

24   ORDERED that Petitioner's request for appointment of counsel is denied.

25

26   IT IS SO ORDERED.

27   Dated:   September 29, 2010         /s/ Michael J. Seng
                                        UNITED STATES MAGISTRATE JUDGE
28